**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3012EA

_____

United States of America,            *
                                     *
            Appellee,                *    Appeal from the United States
                                     *    District Court for the Eastern
     v.                              *    District of Arkansas.
                                     *
Willard Gene Thomas,                 *            [UNPUBLISHED]
                                     *
            Appellant.               *

_____

Submitted:  April 16, 1997

Filed:  April 24, 1997

_____

Before FAGG, FLOYD R. GIBSON, and MURPHY, Circuit Judges.

_____

PER CURIAM.

After pleading guilty to one count of being a felon in possession of a firearm, two counts of carjacking, and two counts of using a firearm during a felony offense, Willard Gene Thomas appeals his guidelines sentence. Thomas's contention that the district court improperly cross-referenced the felon in possession of a firearm conviction to the guideline provision that covered criminal sexual abuse based on Thomas's uncharged rape of a carjacking victim is foreclosed by this court's contrary holdings. See United States v. Miner, No. 96-1300, 1997 WL 120211, at *2 (8th Cir. Mar. 19, 1997); United States v. Smith, 997 F.2d 396, 397 (8th Cir. 1993) (per curiam). We thus affirm.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.